UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRES MASQUEDA SERRANO, J27946,

Plaintiff,

v.

DR. ROBERT RUDAS, et al.,

Defendant(s).

Case No. 22-cv-04350-SK  (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner currently incarcerated at the California Medical Facility in Vacaville, has filed a pro se complaint under 42 U.S.C. § 1983 alleging denial of adequate medical care while he was incarcerated at Mule Creek State Prison in Ione, and at Pleasant Valley State Prison in Coalinga.

A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the counties of Amador and Fresno, which both lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: July 29, 2022

———————————————————
SALLIE KIM
United States Magistrate Judge